# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICHARD PERCEFULL,
ADC #148005                                                                                                PLAINTIFF

V.                                            5:12CV00171 DPM/JTR

VERNON R. ROBERTSON,
Major, Cummins Unit, ADC                                                                          DEFENDANT

## ORDER

Plaintiff, Richard D. Percefull, has filed a Motion seeking a thirty day extension to comply with the Court's May 30, 2012 Order directing him to: (1) either pay the $350 filing fee in full, or file a properly completed Application to Proceed *In Forma Pauperis;* and (2) file a Substituted Complaint. *See* docket entries #3 and #4. The Court finds good cause for granting that request.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's Motion for an Extension of Time (docket entry #4) is GRANTED.

2.   Plaintiff must, **on or before July 30, 2012,** comply with all the instructions in the May 30, 2012 Order.

3.   Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 27th day of June, 2012.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE