IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK GUINN,**  **PLAINTIFF**
**ADC #148607**

V.   5-12-cv-00218 KGB-JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**   **DEFENDANTS**

### JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE. Further, the Court certifies that pursuant to 28 U.S.C. §1915(a)(3) that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith.

SO ADJUDGED this 10 day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE